IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-5-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DANIEL CARRANZA | ) | |

Before the Court is defendant's *pro se* Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A). [DE 102]. The Court has learned that while this motion was pending, defendant was released from custody. *See* https://www.bop.gov/inmateloc/ (last visited May 23, 2025). The Fourth Circuit has held that motions for compassionate release are moot when the movant has been released. *See United States v. Anderson*, No. 22-7300, 2023 WL 2625625, at *1 (4th Cir. Mar. 24, 2023); *United States v. Jackson*, No. 22-7140, 2023 U.S. App. LEXIS 19100, at *1 (4th Cir. July 26, 2023). Defendant's release from imprisonment thus precludes the Court from granting the relief sought in his motion—reduction of his sentence to time served. The Court, therefore, DENIES Defendant's Motion for Compassionate Release [DE 102] WITHOUT PREJUDICE as MOOT. The motion to seal the memorandum in support, which contains sensitive personal information, [DE 109] is GRANTED.

SO ORDERED, this __ day of May 2025.

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE